# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No. 1:16-CV-460 (APM) <br> ) <br> ) <br> ) |

## CONSENT MOTION TO STAY DEADLINES

The parties to this Freedom of Information Act suit have made significant progress toward settlement. To enable the defendant and its counsel to focus on reaching a final agreement with plaintiff, defendant moves for a stay of (1) the April 24, 2017 deadline to complete production, *see* Minute Order, June 21, 2016, and (2) the April 26, 2017 deadline for filing a joint status report, *see* Minute Order, February 27, 2017. Plaintiff consents to this motion.

Dated: March 27, 2017

Respectfully submitted,

JOYCE BRANDA
Deputy Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ Justin M. Sandberg
JUSTIN M. SANDBERG (Ill. Bar.
No. 6278377)
justin.sandberg@usdoj.gov
Trial Attorney
U.S. Dep't of Justice, Civil Division,
Federal Programs Branch
20 Mass. Avenue, NW, Rm. 7302
Washington DC 20530
(202) 514-5838